Civil Action No. 5:24-cv-6083

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Phillips Builders LLC__
was received by me on *(date)* __7-25-24__.

☒ I personally served the summons on the individual at *(place)* __216 W. Walnut St. Clarinda IA 51632__ on *(date)* __7-28-24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __7-29-24__

*Server's signature* — [signed] Lindsey Stephens 73-3

*Printed name and title* — Deputy Lindsey Stephens 73-3

*Server's address*

Additional information regarding attempted service, etc: