Civil Action No. 5:24-cv-6083

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Phillips

was received by me on *(date)* 7-25-24 .

**X** I personally served the summons on the individual at *(place)* 216 W. Walnut St.
Clarinda IA 51632 on *(date)* 7-28-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-29-24

Lindsey Stephens 73-3
*Server's signature*

Deputy Lindsey Stephens 73.3
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: