UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| LARRY MARTIN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 24-06083-CV-SJ-WBG |
| WAUSAU HOMES INCORPORATED, *et al.*, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL
## OF DEFENDANT WAUSAU HOMES, INC. ONLY

COME NOW Plaintiff Larry Martin and Defendant Wausau Homes, Inc., and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, herein stipulate that the claims asserted in this matter specific to Defendant Wausau Homes, Inc. are dismissed with prejudice, with each party to bear his/its own respective attorneys' fees and Court costs.

Plaintiff's claims against Defendants Phillips Builders, LLC and Scott Phillips remain.

Dated: April 2, 2025               Respectfully submitted,

                                   **KEANE LAW LLC**

                           By:     /s/ *Tanner A. Kirksey*
                                   Ryan A. Keane, #62112MO
                                   Tanner A. Kirksey, #72882MO
                                   7711 Bonhomme Ave, Suite 600
                                   St. Louis, MO 63105
                                   Phone: (314) 391-4700
                                   Fax: (314) 244-3778
                                   ryan@keanelawllc.com
                                   tanner@keanelawllc.com

                                   and

                                   **CLIFFORD & SAVIO LLC**

1

        Nicholas Savio      MO #67146
        Matthew Clifford    MO #64785
        1100 Main Street, Suite 2600
        Kansas City, Missouri 64105
        T: (816) 255-2775
        nick@cliffordsaviolaw.com
        matt@cliffordsaviolaw.com

        *Attorneys for Plaintiff*

        and

By:    /s/ *Kristie S. Crawford (with consent)*
        Kristie S. Crawford, #52039
        **BROWN & JAMES, P.C.**
        300 John Q. Hammons Parkway, Suite 603
        Springfield, MO 65806
        417-831-1412 telephone
        417-831-6062 facsimile
        kcrawford@bjpc.com

        *Attorneys for Defendant Wausau Homes, Incorporated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on April 2, 2025.

                                            /s/ *Tanner A. Kirksey*