IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| LARRY MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-06083-CV-SJ-WBG |
| | ) |
| WAUSAU HOMES INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On April 2, 2025, Plaintiff Larry Martin and Defendant Wausau Homes Incorporated filed a Joint Stipulation of Dismissal of Defendant Wausau Homes, Inc. Only. Doc. 29. Pursuant to the parties' joint stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Wausau Homes Incorporated are **DISMISSED WITH PREJUDICE** with each party to bear his or its own costs and attorneys' fees.

Plaintiff's claims against Defendants Phillips Builders, LLC, and Scott Phillips remain pending.

**IT IS SO ORDERED.**

DATE: April 4, 2025                       /s/ W. Brian Gaddy
                                          W. BRIAN GADDY
                                          UNITED STATES MAGISTRATE JUDGE